Christopher J. Cox (SBN 151650)
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
chris.cox@hoganlovells.com

Robert B. Wolinsky (*pro hac vice* forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
robert.wolinsky@hoganlovellscom

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY MAHAN,<br><br>            Plaintiff,<br><br>     v.<br><br>KERRY, INC.,<br><br>            Defendant. | Case No.: 3:20-cv-03346-TSH<br><br>**JOINT STIPULATION FOR ENLARGEMENT OF TIME FOR AMENDED COMPLAINT AND RESPONSE** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION FOR ENLARGEMENT OF TIME FOR
AMENDED COMPLAINT AND RESPONSE
Case No. 3:20-cv-03346-TSH

WHEREAS, on May 22, 2020 Plaintiff Ashley Mahan ("Plaintiff") filed her Complaint in the above captioned matter, Dkt. 1;

WHEREAS, on June 1, 2020, Plaintiff served Defendant Kerry, Inc. ("Defendant") with the Complaint;

WHEREAS, counsel for Plaintiff and Defendant conferred, and counsel for Plaintiff stated an intent to file an amended complaint;

WHEREAS, in the interest of judicial efficiency, the parties have agreed to delay Defendant's response until after Plaintiff files and serves the amended complaint;

THEREFORE IT IS HEREBY STIPULATED by and between the undersigned parties that:

- Defendant shall not be required to respond to the existing Complaint;
- Plaintiff will file an amended complaint on or before July 9, 2020;
- Defendant will respond to the amended complaint on or before July 30, 2020;
- Within 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f) in response to Plaintiff's First Amended Complaint, whichever is earlier, Plaintiffs shall have the right to amend their complaint without seeking leave of the Court.

| | | |
|---|---|---|
| 1 | Dated: June 22, 2020 | HOGAN LOVELLS US LLP |

By: */s/ Christopher J. Cox*

Christopher J. Cox (SBN 151650)
HOGAN LOVELLS US LLP
4085 Campbell Ave, Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
chris.cox@hoganlovells.com

Robert B. Wolinsky (*pro hac vice* forthcoming)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910 (fax)
robert.wolinsky@hoganlovells.com

Attorneys for Defendants

Dated: June 22, 2020                        REESE LLP

By: */s/ Michael R. Reese*

Michael R. Reese (SBN 206733)
REESE LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
mreese@reesellp.com

George V. Granade (SBN 316050)
REESE LLP
8484 Wilshire Boulevard, Suite 515
Los Angeles, CA
Telephone: (310) 393-0070
Facsimile: (212) 253-4272
ggranade@reesellp.com

Spencer Sheehan (*pro hac vice* forthcoming)
SHEEHAN & ASSOCIATES, P.C>
505 Northern Blvd Ste 311
Great Neck, NY 11021
Telephone: (516) 303-0552

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
JOINT STIPULATION FOR ENLARGEMENT OF TIME FOR
AMENDED COMPLAINT AND RESPONSE
Case No. 3:20-cv-03346-TSH

Facsimile: (516) 234-7800
spencer@spencersheehan.com

Attorneys for Plaintiff

Hogan Lovells US LLP
Attorneys At Law
San Francisco

3
JOINT STIPULATION FOR ENLARGEMENT OF TIME FOR
AMENDED COMPLAINT AND RESPONSE
Case No. 3:20-cv-03346-TSH

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

By: */s/ Christopher J. Cox*
Christopher J. Cox

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4
JOINT STIPULATION FOR ENLARGEMENT OF TIME FOR
AMENDED COMPLAINT AND RESPONSE
Case No. 3:20-cv-03346-TSH